UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel D. Bixler<br>Sherri A. Bixler | CASE NO: 4:15-bk-05023<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 9/25/2017, I did cause a copy of the following documents, described below,

4th Amended Plan,

Exhibit

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 9/25/2017

/s/ John M. Hyams
John M. Hyams  87327PA
The Law Offices of John M. Hyams
555 Gettysburg Pike, Suite C-400
Mechanicsburg, PA  17055
717 766 5300
mii@johnhyamslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel D. Bixler<br>Sherri A. Bixler | CASE NO: 4:15-bk-05023<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 9/25/2017, a copy of the following documents, described below,

4th Amended Plan,

Exhibit

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/25/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
The Law Offices of John M. Hyams
John M. Hyams
555 Gettysburg Pike, Suite C-400
Mechanicsburg, PA 17055

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

1 BB AND T
PO BOX 1847
WILSON NC 27894-1847

2 BERKHEIMER TAX ADMINISTRATOR
50 NORTH SEVENTH STREET
BANGOR PENNSYLVANIA 18013-1731

3 BUREAU OF EMPLOYER TAX OPER
PO BOX 68568
HARRISBURG PENNSYLVANIA 17106-8568

4 CNH IND CAP
PO BOX 3600
LANCASTER PA 17604-3600

5 CARGILL ANIMAL NUTRITION
512 WEST KING STREET
SHIPPENSBURG PA 17257-1616

6 CARGILL ANIMAL NUTRITION
CO BERNARD A YANNETTI JR ESQ
126 BALTIMORE STREET
GETTYSBURG PA 17325-2347

7 CAVALRY SPV I LLC
500 SUMMIT LAKE DRIVE STE 400
VALHALLA NY 10595-1340

8 CHRYSLER FINANCIAL
27777 INKSTER RD
FARMINGTON HILLS MI 48334-5326

9 CREDIT MANAGEMENT
4200 INTERNATIONAL DRIVE
CARROLLTON TX 75007-1912

10 CREDIT PORTFOLIO ASSOCIATES
ONE GALLERIA TOWER
13355 NOEL ROAD S
DALLAS TX 75240-6602

11 DAVID ROHRER
923 MILLRACE ROAD
MT PLEASANT MILLS PA 17853-8743

12 DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

13 HARTMAN YANNETTI
126 BALTIMORE STREET
GETTYSBURG PA 17325-2347

14 HOCHS REPAIR CENTER
124 N MAIN STREET
PO BOX 16
BERRYSBURG PA 17005-0016

15 HOCHS REPAIR CENTER
PO BOX 16
BERRYSBURG PA 17005-0016

16 HUBNER SEED COMPANY INC
CO DEMETRIOS H TSAROUHIS
21 S 9TH STREET
ALLENTOWN PA 18102-4861

17 INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS PO
PHILADELPHIA PENNSYLVANIA 19114-0326

18 INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PENNSYLVANIA 19101-7346

19 JAMES C WARMBRODT ESQ
1400 KOPPERS BLVD
436 SEVENTH AVE
PITTSBURGH PA 15219-1842

20 LVNV FUNDING LLC
CO EDWIN ABRAHAMSEN ASSOC
120 NORTH KEYSER AVE
SCRANTON PA 18504-9701

21 LANCASTER COLLECTION
218 WEST ORANGE STREET
LANCASTER PENNSYLVANIA 17603-3746

22 MIDLAND FUNDING LLC
8875 AERO DRIVE
SUITE 200
SAN DIEGO CALIFORNIA 92123-2255

23 MURRAY STAHL JR
3559 SILVER CREEK ROAD
PORT TREVORTON PA 17864-9429

24 NAVIENT
PO BOX 9500
WILKES BARRE PA 18773-9500

25 NAVIENT SOLUTIONS INC ON BEHALF OF
USAF
ATTN BANKRUPTCY LITIGATION UNIT E3149
PO BOX 9430
WILKES-BARRE PA 18773-9430

26 NORTHUMBERLAND COUNTY TAX CLAIM
BUREAU
399 STADIUM DRIVE
SUNBURY PA 17801-3201

27 OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT SECTION
STRAWBERR
HARRISBURG PENNSYLVANIA 17120-0001

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| 28 PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTN BANKRUPTCY DIVI<br>HARRISBURG PENNSYLVANIA 17128-0946 | 29 RITTER FEEDS INC<br>PO BOX 306<br>PAXTONVILLE PA 17861-0306 | 30 ROMBERGER FARM SUPPLY<br>21 WETZEL ROAD<br>PITMAN PA 17964-9101 |
| 31 SUSQUEHANNA BANK<br>CO BARLEY SNYDER LLC<br>PO BOX 942<br>READING PA 19603-0942 | 32 TSI 09<br>PO BOX 17205<br>WILMINGTON DE 19850-7205 | 33 THE GRATZ NATIONAL BANK<br>PO BOX 159<br>GRATZ PA 17030-0159 |
| 34 TRIPLE H FARMS<br>1525 KING STREET<br>LEBANON PA 17042-8383 | 35 US DEPARTMENT OF JUSTICE<br>PO BOX 227 BEN FRANKLING STATION<br>WASHINGTON DISTRICT OF COLUMBIA 20044<br>-0227 | 36 USDA<br>SNYDERUNION COUNTY FSA OFFICE<br>405 WEST MARKET STREET<br>MIDDLEBURG PA 17842-1038 |
| 37 UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PENNSYLVANIA 17108-1754 | 38 UPPER DAUPHIN GRAIN CENTER<br>DIVISION OF PACMA INC<br>475 E HIGH STREET<br>PALMYRA PA 17078-1416 | |

ELECTRONIC NOTICE:
4:15-bk-05023-JJT

Charles J. DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

Thomas I Puleo
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722